9406414

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Joseph A. Greenaway, Jr.
                             Criminal No. 02-337-08

v.                        :

RONALD ROSNER              :  ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 02-337-08, against defendant Ronald Rosner, because he pled guilty to an Information and was sentenced in Criminal No. 02-863-01, and therefore further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: ~~February~~ March 4, 2010.

HON. Joseph A. Greenaway, Jr.
United States ~~District~~ Circuit Judge *

*Sitting by designation